# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUN OWNERS OF AMERICA, INC., *et al.*, | |
| Plaintiffs, | |
| v. | No. 2:21-cv-2630-TJS |
| | Case in other Court |
| CITY OF PHILADELPHIA, | Court of Common Pleas |
| | of Philadelphia County, Civil |
| Defendant. | No. 00884 |

## PLAINTIFFS' MOTION TO REMAND CASE
## TO THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

Plaintiffs respectfully submit their Motion to Remand Case to the Court of Common Pleas of Philadelphia County and, in support of this Motion, Plaintiffs incorporate the attached Memorandum of Points and Authorities in Support as to be fully set forth herein in entirety, together with all averments, facts and arguments.

**WHEREFORE**, Plaintiffs respectfully request that this case be remanded to the Court of Common Pleas of Philadelphia County, and for costs and fees to be assessed against Defendant.

Dated: June 16, 2021.    Respectfully submitted,

*/s/ James N. Clymer*
James N. Clymer, Esq.
Pennsylvania Bar # 27151
Clymer Musser & Sarno, P.C.
408 West Chestnut Street
Lancaster, PA  17603
+1 (717) 299-7101
jim@clymerlaw.com