IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GUN OWNERS OF AMERICA, INC., GUN OWNERS FOUNDATION, DAVID COTUGNO, ROSS GILSON, VERN LEI and MICHAEL STROLLO** | : : : : : | **CIVIL ACTION** |
| **v.** | : : : | |
| **CITY OF PHILADELPHIA** | : | **NO. 21-2630** |

## ORDER

**NOW,** this 7th day of October, 2021, upon consideration of the Plaintiffs' Motion to Remand Case to the Court of Common Pleas of Philadelphia County (Document No. 2) and the Notice of Removal, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.